# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

## RELATED CASE ORDER

An Administrative Motion to Consider Whether Cases Are Related has been filed. The time for filing an opposition or statement of support has passed.  As the judge assigned to the earliest filed case below that bears my initials, I find that the more recently filed case is not related, within the meaning of Civil L.R. 3-12, to the case assigned to me.

**C-97-3211 MMC**   **Kaiser Foundation Health Plan Inc. v. Biomedical Patent Management Corporation**

**C-06-0737 MHP**   **Biomedical Patent Management Corporation v. State of California, Department of Health Services**

Dated: March 23, 2006

District Judge Maxine M. Chesney